IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. V-07-97M |
| | § | |
| TURNER CORNELL MOONEYHAM | § | |

### ORDER OF DETENTION PENDING TRIAL

On January 2, 2008, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).[1] The following requires detention of defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense of making a false statement or representation in the acquisition of a firearm in violation of 18 U.S.C. § 924(g)(1).

(2) Defendant has not established sufficient evidence that there are any conditions or combination of conditions that will reasonably assure the appearance of the defendant as well as protect the safety of the community as required.

The evidence against defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report, as well as the testimony by Special Agent Steven Waters, are adopted.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

---

[1] A prior Order of Detention Pending Trial, (D.E. 8), is hereby VACATED and this order is substituted as the controlling one.

persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States, or on a request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 2nd day of January 2008.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE